**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| **SUSAN ANGLIM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:23-cv-5090** |
| | ) | |
| **VILLAGE OF INDIAN POINT, MISSOURI,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF DISMISSAL

Comes now Plaintiff, Susan Anglim, by and through the undersigned counsel of record, and hereby notify the Court that all claims against Defendant Village of Indian Point, Missouri, are hereby dismissed with prejudice.

Respectfully Submitted,

The Law Offices of Scott L. Hall, LLC

/s/ Scott L. Hall

Scott L. Hall
Attorney at Law
Missouri Bar No.: 59357
210 W. Oklahoma St.
Branson, MO 65616
417-339-2687
417-334-1900 (fax)